IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLMAN, INC., | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civ. No. 07-585-SLR |
|  | ) |
| EASTMAN CHEMICAL COMPANY, | ) |
|  | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of February 2, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Eastman Chemical Company and against plaintiff Wellman, Inc.

_____
United States District Judge

Dated: 2/3/2010

_____
(By) Deputy Clerk