07-585

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following  ☑ Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED 9/24/2007 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Wellman, Inc. | | DEFENDANT<br>Eastman Chemical Company |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,094,863 | 8/22/2006 | Wellman, Inc. |
| 2 | 7,129,317 | 10/31/2006 | Wellman, Inc. |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Judgment in favor of Defendant and against plaintiff. (See D.I. #428 attached). |

| CLERK<br>Peter T. Dalleo | (BY) DEPUTY CLERK<br>Nicole Fasano | DATE<br>2/3/10 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WELLMAN, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-585-SLR ) |
| EASTMAN CHEMICAL COMPANY, | ) ) ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of February 2, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Eastman Chemical Company and against plaintiff Wellman, Inc.

_____
United States District Judge

Dated: 2/3/2010

_____
(By) Deputy Clerk